970

No. 583. TEXAS COMPANY *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Roger J. Whiteford, John J. Wilson* and *Edward M. Freeman* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 584. HUNT OIL CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Robert E. May* and *Omar L. Crook* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 585. LEE, TRUSTEE, *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Robert E. May* and *Omar L. Crook* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 586. SHANK, TRUSTEE, *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Robert E. May* and *Omar L. Crook* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell* and *Howard E. Wahrenbrock* for respondent.

No. 592. S. J. GROVES & SONS CO., INC., *v.* PENNSYLVANIA RAILROAD CO. C. A. 2d Cir. Certiorari denied. *Joseph Lorenz* for petitioner. *Philip Price* and *Robert M. Landis* for respondent.